**Order entered April 19, 2018**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00037-CV

### IN THE INTEREST OF S.V. AND S.V., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

## ORDER

By letter dated April 6, 2018, we informed appellant that we would order a copy of the December 4, 2017 supplemental clerk's record and February 28, 2018 reporter's record in appellate cause number 05-17-01294-CV, a companion case, filed as the appellate record in this appeal unless he provided, within ten days, written verification he had otherwise designated and requested the clerk's and reporter's records. To date, appellant has not communicated with the Court regarding the record. Accordingly, we **DIRECT** the Clerk of the Court to copy the December 4th supplemental clerk's record and February 28th reporter's record in appellate cause number 05-17-01294-CV into this appeal. These records shall be deemed the appellate record in this appeal.

We **ORDER** appellant to file his brief on the merits no later than May 21, 2018.

/s/     DAVID EVANS
JUSTICE